*Mr. F. H. Dexter* for plaintiff in error.   No appearance for defendant in error.

---

No. 5. The Newport News and Old Point Railway and Electric Company, Plaintiff in Error, *v.* Hampton Roads Railway and Electric Company et al.   In error to the Supreme Court of Appeals of the State of Virginia. October 9, 1906.   Dismissed with costs, on motion of counsel for the plaintiff in error.   *Mr. S. Gordon Cumming* and *Mr. Fred Harper* for plaintiff in error.   *Mr. R. G. Bickford* for defendants in error.

---

Nos. 161 and 162. The Alliance Gas and Electric Company, Appellant, *v.* The City of Alliance.   Appeals from the Circuit Court of the United States for the Northern District of Ohio.   October 9, 1906.   Dismissed with costs, on motion of counsel for the appellant.   *Mr. William B. Sanders* for appellant.   No appearance for appellee.

---

No. 183. The Covington and Cincinnati Bridge Company, Plaintiff in Error, *v.* The City of Covington.   In error to the Court of Appeals of the State of Kentucky.   October 9, 1906.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. S. D. Rouse* for plaintiff in error.   No appearance for defendant in error.